IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACY RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>STRECK, INC., a former Nebraska corporation, et al.,<br><br>Defendants. | 4:26-CV-3058<br><br>ORDER |

This matter is before the Court on the plaintiff's objection (filing 141) to the Magistrate Judge's order (filing 140) granting certain corporate defendants' motion (filing 133) for clarification regarding Fed. R. Civ. P. 7.1 disclosures. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 141) is overruled.

Dated this 5th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge